# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLAND DIVISION

REX BROCK, on Behalf of Himself
and All Others Similarly Situated,

  Plaintiff,

6:25-CV-00645-PGB-LHP

vs.

FISKARS BRANDS, INC.,

  Defendant.

_____

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  April 15, 2025

                                Respectfully submitted,

                                */s/ William Wright*
                                The Wright Law Office, P.A.
                                515 N Flagler Dr Ste 350

West Palm Beach, FL 33401
(561) 514-0904
willwright@wrightlawoffice.com

*Lead Counsel for Plaintiff*